# ALABAMA COURT OF CRIMINAL APPEALS



October 10, 2025

**CR-2024-0160**
Keuntai Montrell Herrod v. State of Alabama (Appeal from Tuscaloosa Circuit
Court:  CC-21-882)

## NOTICE

You are hereby notified that on October 10, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk